UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CRIMINAL NO. H-06-0064-4 |
| DAVID WAYNE JEROME, | § |
| | § |
| Defendant. | § |

## MEMORANDUM AND ORDER

Pending before the Court are Defendant's motions for discovery and for inspection of information (Docket No. 90), to adopt motions of other defendants (Docket No. 91), for production of exculpatory evidence and for disclosure of impeaching information (Docket No. 93), for leave to file additional motions (Docket No. 94), and to reveal the identity of the alleged confidential informant (Docket No. 96). Docket Nos. 91, 93, 94, and 96 do not include a certificate of conference. The Court reminds the parties that each and every non-dispositive motion must bear a proper certificate of conference. Further, the certificate of conference appended to Docket No. 90 is inadequate, as it states simply that counsel have not conferred. Accordingly, the motions are hereby **DENIED WITHOUT PREJUDICE TO REFILING**. If Defendant wishes to refile the motions, he should confer with the United States as to whether the United States opposes the motions and should include with each motion a valid certificate of conference.

2

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 2nd day of October, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**